JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CAMPER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SECURITAS SECURITY SERVICES USA, INC, a Delaware Corporation,<br><br>Defendants. | CASE NO.: 2:23-cv-08199 FMO(AGRx)<br><br>[Assigned to Hon. Fernando M. Olguin, U.S. District Judge, Courtroom 6D]<br><br>**ORDER APPROVING JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: August 28, 2023 |

///
///
///
///
///
///

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, having reviewed the joint stipulation requesting voluntary dismissal of this action with prejudice, as executed by the above-captioned parties' counsel of record, and good cause appearing thereon, hereby orders as follows:

1. Plaintiff James Camper's ("Plaintiff") action before this Court, which has been designated as Case Number 2:23-cv-08199 FMO(AGRx), *supra*, is dismissed, *with prejudice*, pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, as to all of Plaintiff's claims for relief against Defendant Securitas Security Services USA, Inc.;

2. Each party shall bear his/its own attorneys' fees and costs regarding this dismissal;

3. The Court will not retain jurisdiction over this action for the purpose of enforcing the terms of settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82, 114 S.Ct. 1673, 1677 (1994).

**IT IS SO ORDERED.**

Dated: December 8, 2023

By: _____/s/_____
Hon. Fernando M. Olguin
U.S. District Court Judge
State of California